**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00229-CV

**KELVIN SMITH AND ANGELIA SMITH, Appellants**

**V.**

**PONNACHAN OONNOONNI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05269-E**

## ORDER

Before the Court is appellants' September 19, 2017 motion to extend time to file brief.

We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than October 23, 2017.

/s/    CRAIG STODDART
        JUSTICE